**FILED**
March 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>DARRYL ANTHONY BERG,  )<br>  )<br>Defendant.  ) | Case No. CR. S-08-103 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARRYL ANTHONY BERG</u>, Case No. <u>CR. S-08-103 LKK</u>, Charge <u>Title 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    X Bail Posted in the Sum of $ <u>250,000 (secured by real property)</u>

        X Unsecured Appearance Bond <u>(to be secured within two weeks)</u>

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        X (Other) <u>with supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 12, 2008</u> at <u>11:30</u> <u>a.m.</u>

By _____
Dale A. Drozd
United States Magistrate Judge