JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-103-LKK-DAD |
| Plaintiff, ) | APPLICATION FOR AN ORDER TO EXONERATE PROPERTY BOND AND |
| v. ) | RETURN PASSPORT AND ORDER |
| DARRYL ANTHONY BERG, ) | |
| Defendant. ) | Hon. Dale A. Drozd |
| _____ ) | |

Defendant Darryl Anthony Berg, through his attorney John Balazs, hereby requests that the Court order the $250,000 property bond securing his release be exonerated and that his passport be released to his attorney because all charges have been dismissed with prejudice.

On March 10, 2008, U.S. Magistrate Judge Drozd ordered defendant Darryl Anthony Berg released on a $250,000 property with a special condition, among other things, that he surrender his U.S. passport. The bond was secured by Madeline Raab's property at 36 Morton Avenue, Monroe Township, Middlesex County, New Jersey 08831. On March 14, 2008, Mr. Berg, through counsel, surrendered his passport to the U.S. District Court's Clerk's Office.

/////

| | |
|---|---|
| 1 | On April 24, 2009, the Honorable Lawrence K. Karlton, U.S. District Judge granted |
| 2 | the government's motion to dismiss with prejudice all charges against Mr. Berg and his |
| 3 | co-defendant John Phillip Pruitt.  Thus, Mr. Berg requests that the bond be exonerated and |
| 4 | his passport returned to him. |

Dated:  April 27, 2009

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
DARRYL ANTHONY BERG

## ORDER

IT IS HEREBY ORDERED that the property bond securing defendant Darryl Anthony Berg's release in the above-captioned case be exonerated and that title to the property at 36 Morton Avenue, Monroe Township, New Jersey 08831, be reconveyed back to the property's owner Madeline Raab.  It is also ordered that Mr. Berg's passport be released to his attorney John Balazs or Mr. Balazs's assistant Niki Serna.

DATED: April 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/berg0103.ord(2)